



## MEMORANDUM OPINION

No. 04-10-00676-CV

David **DORNAK**,
Appellant

v.

Dr. Hector **SAMANIEGO**, M.D. and Dr. Hector X. Samaniego, P.A.,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16805
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  July 27, 2011

DISMISSED FOR WANT OF PROSECUTION

On February 18, 2011, this court ordered appellant to provide written proof to this court no later than March 4, 2011 that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. Our order informed appellant that if he failed to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Because appellant did not

pay for the reporter's record, on May 5, 2011, this court issued an order directing appellant to file a brief, without benefit of the reporter's record, no later than June 3, 2011. Appellant did not respond. Accordingly, on June 24, 2011, this court ordered appellant to show cause in writing <u>no later than July 11, 2011</u> why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Our order informed appellant that failure to respond by July 11, 2011 would result in dismissal of this appeal. TEX. R. APP. P. 38.8(a), 42.3(b),(c). Appellant did not respond; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM